EDWIN WALLACE et al., Appellants, *v.* JAMES O'GORMAN, as Assignee, Respondent.

(Submitted March 5, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 20, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*A. H. Gleason* for appellant.

*J. R. O'Gorman* and *W. A. Poucher* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

WILLIAM E. STILLINGS, as Assignee, etc., Appellant, *v.* GEORGE A. HAGGERTY, as Executor, etc., Respondent.

(Argued March 5, 1891; decided March 20,1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 13, 1891, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*Archibald C. Shenstone* for appellant.

*Gibson Putzel* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.